# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CARLO M. CROCE**, | Case No. 2:17-cv-402 |
| Plaintiff, | **Judge Graham** |
| v. | |
| **NEW YORK TIMES COMPANY, et al.**, | **Magistrate Judge Deavers** |
| Defendants. | |

## Order

The Court heard oral argument in this case on December 11, 2017. At the hearing, the Court granted Plaintiff Carlo Croce leave to amend his Complaint to plead a claim for defamation *per quod*. The Court directed Dr. Croce to file his amended complaint by January 15, 2018 and to serve upon the Court and opposing counsel a redline copy of the amended complaint. Defendants may file a motion to dismiss 30 days after Dr. Croce files his amended complaint. Defendants' motion should only address the new or revised allegations of the amended complaint. Dr. Croce may file a response to Defendants' motion 30 days after the motion is filed. Defendants may file a reply 5 days after Dr. Croce files his response.

IT IS SO ORDERED.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: December 20, 2017