AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| Carlo M. Croce, |   |   |
|---|---|---|
| *Plaintiff* |   |   |
| v. | ) | Civil Action No. 2:17-CV-00402 |
| The New York Times Company, et al., | ) |   |
| *Defendant* |   |   |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: Judgment for defendant pursuant to the Nov. 6, 2018 Opinion and Order.
☐ _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   Nov 15, 2018                                    *CLERK OF COURT*

                                                         s/Denise M. Shane

*Signature of Clerk or Deputy Clerk*